May 27, 1977.

374 A.2d 695

A. Arthur Kober Co., Inc. v. Brook Developers, Inc., et al., Appellants.

Argued March 24, 1977.

Edwin P. Rome, with him Michael H. Egnal, for appellants; Samuel Moonblatt, for appellee.

Judgment affirmed.